Thompson v Peters (2024 NY Slip Op 00515)

Thompson v Peters

2024 NY Slip Op 00515

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND GREENWOOD, JJ.

106 CA 23-00271

[*1]COREEN N. THOMPSON, INDIVIDUALLY AND AS C.T.A. OF THE ESTATE OF DAVID C. PETERS, DECEASED, THE ESTATE OF DAVID C. PETERS AND KRISTEN PETERS, PLAINTIFFS-APPELLANTS,
v
THOMAS PETERS, ET AL., DEFENDANTS, JILL PETERS AND JANET PETERS, DEFENDANTS-RESPONDENTS.

LAW OFFICES OF JOHN P. BARTOLOMEI & ASSOCIATES, NIAGARA FALLS (MATTHEW J. BIRD OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
WOODS OVIATT GILMAN LLP, BUFFALO (WILLIAM F. SAVINO OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Niagara County (Timothy J. Walker, A.J.), entered January 11, 2023. The order precluded plaintiffs from presenting certain evidence and testimony at trial. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court